UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIAM GLEASON,

    Plaintiff,                                              Case No. 19-cv-11126
                                                          Hon. Matthew F. Leitman

v.

CROWN EQUIPMENT CORPORATION,

    Defendant.
_____/

## ORDER REQUIRING PERSONAL APPEARANCE
## AT STATUS/SETTLEMENT CONFERENCE

On September 8, 2022, at 9:30 a.m., the Court will hold an in-person status/settlement conference in this action. Through this order, the Court **DIRECTS** Plaintiff William Gleason, Gleason's counsel, and Defendant Crown Equipment Corporation's counsel to personally attend the conference. A representative of Crown Equipment with full and final settlement authority need not personally attend the conference but shall be available by phone for consultation with counsel and the Court.

    **IT IS SO ORDERED**.

                                                              s/Matthew F. Leitman
                                                              MATTHEW F. LEITMAN
Dated: June 6, 2022                           UNITED STATES DISTRICT JUDGE

  I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 6, 2022, by electronic means and/or ordinary mail.

                s/Holly A. Ryan
                Case Manager
                (313) 234-5126