UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIAM GLEASON,

    Plaintiff,                                Case No. 19-cv-11126
                                              Hon. Matthew F. Leitman

v.

CROWN EQUIPMENT CORPORATION,

    Defendant.
_____/

## ORDER SETTING BRIEFING SCHEDULE

On November 28, 2022, the Court held an on-the-record status conference with Plaintiff William Gleason and counsel for Defendant Crown Equipment Corporation ("Crown"). As discussed on the record, **IT IS HEREBY ORDERED** as follows:

- Crown shall file a motion for summary judgment by no later than **January 13, 2023**;

- Gleason shall file his response to the motion by no later than **February 27, 2023**;

- Crown shall file a reply brief by no later than **March 20, 2023**.

    **IT IS SO ORDERED**.

                                                    s/Matthew F. Leitman
                                                    MATTHEW F. LEITMAN
Dated: November 28, 2022              UNITED STATES DISTRICT JUDGE

2

      I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on November 28, 2022, by electronic means and/or ordinary mail.

                                            s/Holly A. Ryan  
                                            Case Manager  
                                            (313) 234-5126