UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIAM GLEASON,

    Plaintiff,

v.

Case No. 19-cv-11126
Hon. Matthew F. Leitman

CROWN EQUIPMENT CORPORATION,

    Defendant.
_____/

## JUDGMENT

In accordance with the Court's Order Granting Defendant's Motion for Summary Judgment (ECF No. 27), dated March 29, 2023,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendant and against Plaintiff.

                                          KINIKIA ESSIX
                                          CLERK OF COURT

                             By:   s/Holly A. Ryan
                                          Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated: March 29, 2023
Detroit, Michigan